UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHAHERYAR KHAN,

Plaintiff - Appellant,

v.

DEFENDANTS IN 2:25-CV-11961-MEMF-AS,

Defendants - Appellees.

No. 26-5932

D.C. No.
2:25-cv-11961-MEMF-AS
Central District of California, Los Angeles

ORDER

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

This court lacks jurisdiction over this appeal because the May 11, 2026 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291. This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

To date, appellant has not filed a notice of appeal from the final order of dismissal entered on September 11, 2026.

This court will not entertain further filings in this appeal No. 26-5932.

**DISMISSED.**